1 | John Shaarbaf
2 | 4980 Hamilton Apt 224
3 | San Jose CA, 95130
4 | Phone Number (661) 600-6869
5 | Email: persianmovie2020@gmail.com

FILED

FEB 10 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

FEDERAL COURT OF THE STATE OF CALIFORNIA

Northern District of California

| | |
|---|---|
| NAME OF PLAINTIFF, | ) Case No.: C 26 01241 HSG |
| John Shaarbaf | ) |
| vs. | ) Declaration of Copyright Complaint |
| NAME OF DEFENDANT, | ) Takedown and Misrepresentation |
| Payam Lotfi | ) |
| | ) DATE: |
| | ) TIME: |
| | ) DEPT: |
| | ) |
| | ) |

1. On November 4, 2025, the Defendant, operating a YouTube channel under the name "Shouka Film" and using the email address **candy.payam.zafaran@gmail.com**, caused the removal of one of my videos from my YouTube channel titled **"Best Persian Movies."** The removed video was titled "کامل ترین نسخه فیلم یوسف و زلیخا بدون سانسور" (English title: **Joseph and Zuleika**) and was identified on YouTube by Video ID: **7_fcpJDNypw** (Exhibit 1)

-1-

2. The Defendant initiated this takedown **without providing any documentary evidence of ownership or authorization from YouTube.**

3. The film in question is an Iranian motion picture produced **57 years ago (1968).** Under **Iranian copyright law,** motion pictures enter the **public domain after 30 years** from their release. This is stipulated in Article 16 of the 1970 "**Law for the Protection of Authors, Composers and Artists Rights**". Additionally, a search of the United States Copyright Office's public records revealed *no copyright registration for the motion picture 'Joseph and Zuleika' (1968) in the U.S. Copyright Office catalogue.* Accordingly, this film is no longer subject to copyright protection and is legally considered part of the public domain. Therefore, the Defendant's takedown request was **unlawful, unsupported by valid ownership rights, and improperly interfered with my lawful use and publication of this public domain work.** (Exhibit 2)

4. In multiple email communications that Defendant sent, **he expressly identified himself as an Iranian national residing in Iran.** In one such email, he stated as follows: **"We are in Iran. We have many movie channels. We have a broad network and the ability to easily provide counterclaim!"** (Exhibit 3)

5. I am a **United States citizen** and am entitled to request that YouTube disclose the evidence submitted by the claimant in support of the takedown. Despite repeated requests, **YouTube has failed to provide any cooperation or disclosure to date.**

6. 'Shouks Film' is merely a YouTube account name and does not exist as legally formed within the United States.

7. Pursuant to the **Iranian Transactions and Sanctions Regulations ("ITSR"), 31 C.F.R. Part 560, administered by the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC"), U.S. persons and U.S.-based companies are broadly prohibited from engaging in direct or indirect commercial or financial transactions with Iranian nationals or entities located in Iran absent specific authorization. See 31 C.F.R. §§ 560.204, 560.208. The Defendant has represented that he is an Iranian national located in Iran. The Defendant operates a monetized YouTube channel and**

derives income from that monetization. **YouTube is a U.S.-based company,** and payments made through its monetization program constitute a financial transaction originating from a U.S. person or entity. Accordingly, the Defendant's monetized channel implicates prohibited transactions under U.S. sanctions law.

8. The Defendant is **abusing YouTube's takedown system by acting as a self-appointed enforcer for personal financial gain.** He has stated that his activities include submitting takedown notices against other channels in order to increase income derived from public-domain films. He failed to specify the legal basis for his claims and did not provide complete or adequate documentation for eight other channels involving the same film. As a result, those eight additional strikes were later released. He further stated that **he is taking down public-domain movies from channels that are not profitable and have no benefit to any channel other than spamming!**

## Requests

9. I request that the Court order YouTube to reinstate my video Video ID: 7_fcpJDNypw on my channel "Best Persian Movies."

   I further request that the Defendant's channel, "Shouka Film" (candy.payam.zafaran@gmail.com), be taken down for violating YouTube's rules and for actions that contravene U.S. sanctions against Iran.

10. As a result of Defendant's takedown of my video, my channel lost more than 300,000 views and a significant number of subscribers. I also incurred substantial costs and lost time preparing court papers and consulting with an attorney. The total damages exceed $4000.00

DATED: 02/10/2026

JOHN SHAARBAF

# Exhibit 1



YouTube <no-reply@youtube.com>　　　　　　　　　　　　　Tue, Nov 4, 2025 at 7:00 AM
Reply-To: YouTube <no-reply@youtube.com>
To: persianmovie2020@gmail.com



Hi Best Persian Movies,

We received a copyright removal request for your video. Based on applicable copyright law, we removed your video from YouTube:

**Video title:** کامل ترین نسخه فیلم یوسف و زلیخا بدون سانسور
**Video url:** https://www.youtube.com/watch?v=7_fcpJDNypw
**Content used:** Joseph and Zuleika
**Content found in:** Entire video
**Removal request issued by:** Mehrdad Oskouei
**Contact info:** candy.payam.zafaran@gmail.com

This means that your video can no longer be viewed on YouTube.

**You received a copyright strike**

# Exhibit 2



stance

Search      Search Wikipedia

∨ 2 languages 文A

∨ Tools  View history  Edit  **Reading**

## Yusuf and Zuleikha (1968 film)

Discussion  **Article**

**Yusuf and Zulaikha** *and Zuleikha Yousef* **and** is a film directed by Mehdi Rais-Firoz and written by Ebrahim Zamani Ashtiani, produced in 1968. *Sultan of Hearts*. This film became the second highest-grossing film of 1968, after

### Summary [ edit ]

Jacob's great love for Joseph and his brothers' jealousy lead to the story of Joseph's slavery, his entry into Potiphar's court, Zuleikha's love for him, and other stories...

### Actors [ edit ]

- Shining
- Amir Fakhreddin (Junid Arkin)
- Taqi Zahoori
- Ali Zandi
- Yasmin
- Mohammadreza Rafiei
- Mirzadeh Tataei
- Dariush Talaei

| | |
|---|---|
| Mehdi Raisfirooz | **Director** |
| Touraj Rahimzadeh  Reza Sheibani | **Producer** |
| Ebrahim Zamani Ashtiani | **Author** |

---



**IMDbPro**  Search and Discover  Customize your search ▸  Notifications  Help  You

Home   People ▾   Titles ▾   Companies ▾   Box Office ▾   News ▾   Learn

## Joseph and Zuleika (1968)

Edit page  Add to list  Track

102 min | Drama, History, Romance

Jacob chooses his beloved son Joseph as his successor. Joseph's 11 other brothers get jealous and throw Joseph in a well and tell their father that Joseph is dead. Jacob gets blind out of sorrow. A caravan passing by saves Joseph. Years ...See more
Read more: Plot summary

| | |
|---|---|
| Directors | Esmail Koushan (as Dr. E. Koushan) \| Mehdi Raeis-Firooz |
| Writer | Eberahim Zamani Ashtiani |
| Producers | Turker Inanoglu (producer) \| Esmail Koushan (producer) \| Tooraj Rahimzadeh (producer) \| Reza Sheibani (producer) |
| Composer | Ismet Nedim |
| Cinematographer | Mahmoud Koushan (as Mahmut Koushan) |

Find more **movies from Iran** with Discover Titles.

**Trending**
MOVIEmeter
↟ 174,917

**Status**
Released  Edit
Updated Dec 31, 1968

Release date
**1968 (Iran)**

# Exhibit 2 continue

## publicrecords.copyright.gov





# Exhibit 2 continue



# Exhibit 3

[Screenshot of Gmail interface showing an email thread in Farsi]

**Translated from Farsi**

On Tue, Nov 18, 2025 at 10:09AM Payam Lotfi <candy.payam.zafaran@gmail.com> wrote:
**We are in Iran**
We have many movie channels
**We have a broad network and the ability to easily provide counterclaim,**

How many movies do you own and do you intend to control and delete other videos or block or leave them free"

On Tue, Nov 18, 2025 at 21:36 Kam Koushan <kambizkoushan@gmail.com> wrote:
Payam Khan is very good, where is your office? Solving the copyright problem is not an easy matter.

On Tue, Nov 18, 2025 at 4:42AM Payam Lotfi <candy.payam.zafaran@gmail.com> wrote:
Hello, it depends on your needs, video colorization, poster creation
Copyright, monetization, upload and copyright issues resolution

On Tue, Nov 18, 2025 at 04:33 Kam Koushan <kambizkoushan@gmail.com> wrote:
Mr. Lotfi, thank you for your cooperation. I also talked to another person about channel cooperation. Please explain a little about what you do. We can definitely cooperate. Also, I write more easily in English.
In which country do you operate?

On Fri, Nov 14, 2025 at 7:58AM Payam Lotfi <candy.payam.zafaran@gmail.com> wrote:
Retracted, they had the license for the film **because they did not show us much transparency.**
**Retracted,** even if they were, we would retract because we do not intend to harm revenue-generating channels. We resolve these issues amicably. It is free to use old films for revenue generation even if we have a license, **unless the channel is without revenue and has no benefit for any channel except spamming!**
If your channel is not monetized or you need an MCN to block your films, we can work with you.
And if you own a film and want to delete it on our channel or other channels, we can work with you in this regard.
Thanks **Payam Lotfi**

# Exhibit 3 continue

