UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN SHAARBAF,

        Plaintiff,

    v.

PAYAM LOTFI,

        Defendant.

Case No.  26-cv-01241-HSG

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

ORDER by Hon. Haywood S. Gilliam, Jr. VACATING the case management conference previously scheduled for May 12, 2026, in light of the pending motion to proceed *in forma pauperis*.  The Court will reset the case management conference if needed once it has resolved the pending motion.

**IT IS SO ORDERED.**

Dated:   5/11/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California